174

Mary Kathryn Castle STEINWAY v. RITZ THEATRE, Inc., an Oklahoma corporation, et al.

No. 3902.

United States Court of Appeals
Tenth Circuit.

Jan. 24, 1950.

Neal E. McNeill, Tulsa, Okl., for appellant.

Charles B. Cochran, Oklahoma City, Okl., and Gentry Lee, Tulsa, Okl., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Judgment affirmed January 24, 1950, without written opinion per stipulation, on authority of case. Steinway v. Majestic Amusement Co., 179 F.2d 681.

TEXON OIL & LAND COMPANY v. OKLAHOMA TAX COMMISSION et al.

No. 3995.

United States Court of Appeals
Tenth Circuit.

Jan. 24, 1950.

R. O. Wilson and Harold Skinner, Ponca City, Okl., for appellant.

R. F. Barry, Oklahoma City, Okl., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 24, 1950, pursuant to stipulation.

Vincent A. WATSON et al. v. William C. SALOME, Jr., et al.

No. 4029.

United States Court of Appeals
Tenth Circuit.

Jan. 24, 1950.

Waldo B. Wetmore and Lawrence J. Wetzel, Wichita, Kan., for appellants.

Lawrence E. Curfman, Fred W. Aley and Robert B. Morton, Wichita, Kan., for appellees.

Before BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 24, 1950, on motion of appellants.